**Nebraska Court of Appeals Memorandum Opinions
NOT Selected for Posting to Court Website**

**(released the week prior to February 26, 2019)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

A-18-549          In re Interest of Da'Laysia B.

A-18-611          In re Interest of Jairius P.

A-18-624          In re Interest of Louis C.

A-18-677,
A-18-678          In re Interest of Marcus M. & Makayla M.

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.